**SO ORDERED.**
**SIGNED this 4th day of February, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

In re

RICHARD PARKER WILKINSON

Debtor

Case No. 3:15-bk-33517-SHB

### O R D E R

A hearing was held February 4, 2016, on the Order entered January 7, 2016, directing Debtor, *pro se*, to appear and show cause why this case should not be dismissed for his failure to pay the $335.00 filing fee required upon the filing of his Voluntary Petition under Chapter 7 and his failure to file the Summary of Schedules, Statistical Summary of Certain Liabilities and Related Data, and Chapter 7 Statement of Your Current Monthly Income (Official Form B 22A-1). Debtor did not pay the filing fee, did not file the required documents, and did not appear at the show cause hearing. The Court, accordingly, directs that this bankruptcy case is DISMISSED. *See* 11 U.S.C. § 707(a)(2).

###